1 | **THOMPSON COE & O'MEARA, LLP**
Judy F. Marotti    SBN  257433
    jmarotti@thompsoncoe.com
Jesse B. Levin    SBN  268047
    jlevin@thompsoncoe.com
12100 Wilshire Boulevard, Suite 1200
Los Angeles, California 90025
Telephone:  (310) 954-2370
Facsimile:   (310) 954-2345

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
GARY JOLLIFF

**FRANKEL, RUBIN, KLEIN, DUBIN, SIEGEL & PAYNE, P.C.**
Yaakov Y. Klein   SBN  290277
    yklein@frankelrubin.com
231 South Bemiston Avenue, Ste. 1111
Clayton, Missouri 63105
Telephone:  (314)725-8000
Facsimile:   (314)726-5837

Attorneys for Plaintiff
JAKOB MEDVE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JAKOB MEDVE,<br><br>                   Plaintiff,<br><br>          v.<br><br>ALLSTATE INSURANCE COMPANY, et al,<br><br>                   Defendants. | **CASE NO.: 8:17-CV-0037-AG-DFM**<br><br>[*Assigned to:  Hon. Andrew J. Guilford, Crtrm 10D – Santa Ana*]<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE**<br><br>**Complaint Served:**   February 6, 2017 |

# STIPULATION TO DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), Plaintiff JAKOB MEDVE and Defendants ALLSTATE INSURANCE COMPANY and GARY JOLLIFF, being all parties who have entered an appearance in the above-referenced action, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice to refiling.

DATED: May 17, 2017        THOMPSON COE & O'MEARA, LLP

By:     */s/ Judy F. Marotti*
        Judy F. Marotti
        Jesse B. Levin
        Attorney for Defendants
        ALLSTATE INSURANCE COMPANY and GARY JOLLIFF

DATED: May 24, 2017        FRANKEL, RUBIN, KLEIN, DUBIN,
                           SIEGEL & PAYNE, P.C.

By:     */s/ Yaakov Y. Klein*
        Yaakov Y. Klein
        Attorneys for Plaintiff
        JAKOB MEDVE